

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

EVA W. COLE
Partner
212-294-4609
EWCole@winston.com

August 26, 2020

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   *Preston Hollow Capital LLC v. Nuveen LLC et al.*, 1:20-cv-05597-PKC

Dear Judge Castel:

      We represent Nuveen LLC, Nuveen Investments, Inc., Nuveen Securities LLC, Nuveen Asset Management LLC, and John V. Miller (collectively the "Defendants") in the above-captioned matter. Defendants are next scheduled to appear before Your Honor for an Initial Pretrial Conference on September 16, 2020 at 12:00 p.m.  We write with the consent of counsel for Plaintiff, Preston Hollow Capital LLC, to respectfully request an extension of Defendants' time to answer or otherwise respond to the operative Complaint, served on August 14, 2020, from the current date of September 4, 2020 to September 11, 2020. Defendants intend to file a pre-motion conference letter seeking to make a motion to dismiss.

      Pursuant to Rule (1)(B) of Your Honor's Individual Practice Rules, and in the interest of judicial efficiency, the parties also jointly request to adjourn the Initial Pre-Trial Conference scheduled for September 16, 2020 until after resolution of Defendants' forthcoming motion to dismiss.  No other adjournments have been previously sought before this Court and there are no other existing case deadlines that will be affected.

      Thank you for your consideration.

Extension of time to answer or otherwise
respond to the complaint to September 11, 2020
is GRANTED.  The initial pretrial conference
previously scheduled for September 16, 2020 is
adjourned to October 9, 2020 at 11:30am.

SO ORDERED.
August 27, 2020

_____
P. Kevin Castel
United States District Judge

Respectfully submitted,

By: /s/ *Eva W. Cole*
    Eva W. Cole
    WINSTON & STRAWN LLP
    200 Park Avenue
    New York, NY 10166
    (212) 294-6700



*Attorney for the Defendants Nuveen LLC, Nuveen Investments, Inc., Nuveen Securities LLC, Nuveen Asset Management LLC, and John V. Miller*

Cc: David H. Wollmuth
R. Scott Thompson
Michael Christopher Ledley
Sean Patrick McGonigle
Nicole Rende
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor New York, New York 10110
dwollmuth@wmd-law.com
sthompson@wmd-law.com
mledley@wmd-law.com
smcgonigle@wmd-law.com
nrende@wmd-law.com

*Attorneys for Plaintiff Preston Hollow Capital LLC*