

North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**EVA W. COLE**
Partner
212-294-6700
EWcole@winston.com

January 20, 2021

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, New York 10007

Re:   *Preston Hollow Capital LLC v. Nuveen LLC, et al.*, 1:20-cv-05597-PKC

Dear Judge Castel:

Per Your Honor's Individual Rule 3F, we write on behalf of Defendants Nuveen LLC, Nuveen Investments, Inc., Nuveen Securities LLC, Nuveen Asset Management LLC, and John V. Miller (together, "Defendants") to respectfully request oral argument on the Motion to Dismiss the Complaint (Dkt. No. 32) that is pending in the above-captioned action and was fully briefed as of January 11, 2021 (Dkt. Nos. 34, 36).

The parties have no scheduled appearances before Your Honor currently.

Respectfully,

*/s/ Eva W. Cole*

Eva W. Cole

cc:   All Counsel via ECF