UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PRESTON HOLLOW CAPITAL LLC,

                Plaintiff,                20-cv-5597 (PKC)

    -against-                    ORDER

NUVEEN LLC, et al.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Presently before the Court is defendants' motion to dismiss (Doc 31). The Court will hear oral argument on the motion on July 27, 2021 at 2:00 P.M. in Courtroom 11D at 500 Pearl Street, New York, New York. The Clerk is directed to terminate defendants' motion for oral argument on the motion to dismiss. (Doc 38).

        SO ORDERED.

                                                  P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
           July 20, 2021