UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PRESTON HOLLOW CAPITAL LLC,

                Plaintiff,                          20-cv-5597 (PKC)

    -against-                                   ORDER

NUVEEN LLC, et al.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The next proceeding will take place today as scheduled on July 27, 2021 at 2:00 P.M. in Courtroom 11D at 500 Pearl Street, New York, New York.  Remote public access is available at the following number:

        Dial-in: (888) 363-4749

        Access Code: 3667981

        Members of the public must mute their phones and are not permitted to speak during the proceeding.

        SO ORDERED.

                                                                           P. Kevin Castel
                                                                 United States District Judge

Dated:  New York, New York
              July 27, 2021