UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PRESTON HOLLOW CAPITAL LLC,

                Plaintiff,                              20-cv-5597 (PKC)

      -against-                                                ORDER

NUVEEN LLC, et al.,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The parties are directed to meet and confer regarding an amended Case Management Plan and Scheduling Order. A jointly proposed Plan shall be submitted to the Court by August 25, 2021.

        SO ORDERED.

                                                                       P. Kevin Castel
                                                             United States District Judge

Dated: New York, New York
           August 11, 2021