# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110
_____

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

January 12, 2022

**VIA ECF**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

           Re:    *Preston Hollow Capital LLC v. Nuveen Asset Management LLC, et al.,*
                    Case No. 20-cv-05597-PKC

Dear Judge Castel:

As Your Honor is aware, this firm represents Plaintiff in the above-referenced action. The next scheduled appearance in this case is a Case Management Conference on June 16, 2022. Civil Case Management Plan and Scheduling Order (ECF No. 48) (the "CMO") at 3. Because it appears that we will have to make a number of motions to compel involving multiple third parties, I am writing pursuant to the Court's Individual Practices and Local Civil Rule 37.2 to request an informal conference with the Court to discuss the best way to bring those disputes before the Court.

Under the CMO, fact discovery is to be completed by May 31, 2022. In the Amended Complaint, Plaintiff alleges that Defendants tortiously interfered with Plaintiff's business and conspired with multiple third parties to violate the antitrust laws. Beginning in October 2021, Plaintiff served 21 non-party subpoenas seeking discovery relevant to its claims. While we are doing our best to obtain this discovery without burdening the Court, it is clear that we will have to file motions to compel compliance with at least several of these subpoenas, and it is also possible that we will have to engage in motion practice concerning discovery disputes with Defendants. Because of the likelihood of multiple discovery motions over the course of the next few weeks, Plaintiff respectfully requests an informal conference to discuss with the Court its preference for dealing with these issues.

We have conferred with counsel for Defendants and Defendants do not object to this request for an informal conference to set a process for raising discovery disputes with the Court. We appreciate the Court's attention to this matter, and will be available at the Court's convenience.

           Respectfully Submitted,

           */s/ R. Scott Thompson*
           R. Scott Thompson

Cc:    Counsel of Record via ECF