UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PRESTON HOLLOW CAPITAL LLC,

                    Plaintiff                    20-cv-5597 (PKC)

        -against-                       ORDER


NUVEEN ASSET MANAGEMENT LLC, et al,

                   Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The conference scheduled for November 14, 2022 is adjourned to November 15,

2022 at 11:00 a.m. in Courtroom 11D, 500 Pearl St.


        SO ORDERED.

                                   P. Kevin Castel
                              United States District Judge

Dated:  New York, New York
        April 25, 2022