UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRESTON HOLLOW CAPITAL LLC,<br>Plaintiff,<br>v.<br>NUVEEN ASSET MANAGEMENT LLC and JOHN V. MILLER,<br>Defendants. | Civil Action No. 20-cv-5597-PKC |

AND ORDER

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Preston Hollow Capital LLC and Defendants Nuveen Asset Management LLC and John V. Miller hereby stipulate to the dismissal with prejudice of all claims in this action.

New York, New York
April 17, 2023

By: ______________________

David H. Wollmuth
R. Scott Thompson
Michael C. Ledley
Sean P. McGonigle
Nicole C. Rende
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
sthompson@wmd-law.com
mledley@wmd-law.com
smcgonigle@wmd-law.com
nrende@wmd-law.com

*Counsel for Preston Hollow Capital LLC*

Respectfully submitted,

By: ______________________

Eva W. Cole
Mark E. Rizik Jr.
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Phone: (212) 294-6700
Fax: (212) 294-4700
ewcole@winston.com
mrizik@winston.com

*Counsel for Nuveen Asset Management LLC and John V. Miller*

By: ______________________

Nelson A. Boxer
PETRILLO KLEIN & BOXER LLP
655 Third Avenue – 22nd Floor
New York, New York 10017
nboxer@pkbllp.com
(212) 370-0338
(917) 273-2693

*Counsel for Defendant John V. Miller*

All claims by or against all parties to the action are dismissed with prejudice. The Clerk shall terminate the action.

SO ORDERED.

USDJ

4-19-23